■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SAUNDERS, Appellant. [790 NYS2d 392]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 23, 2003 (*People v Saunders,* 306 AD2d 502 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered April 14, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). H. Miller, J.P., S. Miller, Ritter and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES SMITH, Appellant. [790 NYS2d 414]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Reichbach, J.), rendered May 13, 2002, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Feldman, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

"Showup procedures which are close in time and location to the scene are permissible in the interest of prompt identification" (*People v Williams,* 258 AD2d 543, 543-544 [1999]; *see People v Gonzalez,* 210 AD2d 168 [1994]). In the instant case, the showup occurred right outside the scene of the incident and shortly thereafter. The defendant failed to demonstrate that the showup was unduly suggestive (*see People v Mitchell,* 185 AD2d 249, 251 [1992]).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, either are unpreserved for appellate review or without merit. S. Miller, J.P., Ritter, Crane and Fisher, JJ., concur.